## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARL OLSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENGILITY HOLDINGS, INC., LYNN A. DUGLE, STEVEN A. DENNING, DAVID M. KERKO, PETER A. MARINO, DARRYLL J. PINES, ANTHONY PRINCIPI, CHARLES S. REAM, DAVID A. SAVNER, WILLIAM G. TOBIN, JOHN W. BARTER, III, DAVID J. TOPPER, KATHARINA G. MCFARLAND, RAPTORS MERGER SUB, INC., and SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,<br><br>　　　　　Defendants. | C.A. No.1:18-cv-01737-MN |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Karl Olsen ("Plaintiff") hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to claims on behalf of the putative class in the Action. No class has been certified in the Action.

Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

| | |
|---|---|
| Dated: January 2, 2019 | **O'KELLY ERNST & JOYCE, LLC** |
| | |
| | */s/ Ryan M. Ernst* |
| | Ryan M. Ernst (#4788) |
| | 901 N. Market St., Suite 1000 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 778-4000 |
| | Direct Phone/Fax: (302) 778-4002 |
| | Email: rernst@oelegal.com |

**OF COUNSEL:**

**ROWLEY LAW PLLC**
Shane T. Rowley
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
Tel: (914) 400-1920
Fax: (914) 301-3514